JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
    38 CORPORATE PARK, SUITE D
    IRVINE, CA 92714
    714-474-2055
Attorneys for the Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
OCT 13 1992
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
OCT 13 1992
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                COURT NO: 92 A 21242
           Plaintiff,

       v.                                DEFAULT JUDGMENT

MIHAE CHUNG

           Defendant(s).
_____/

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from MIHAE CHUNG

the sum of $4,688.10 as principal, $1,294.94 as accrued prejudgment interest, $2,152.50 administrative charges, and $72.50 costs, plus $668.00 attorney fees for a total amount of $8,876.04, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: OCT 13 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

R. L. BYER
By: _____
    Deputy Clerk